Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732234315 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 10/29/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 10/17/2021 | 10/23/2021 | 1,051.08 | 257.58 | 105.11 | 688.39 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - | CURRENT PAY RATE | 15.33 | | | TAXES | | |
| - REGULAR | 24.000 | | 39.83 | 955.92 | FICA | 65.16 | 2,589.67 |
| - OVERTIME | 36.000 | | 2.53 | 91.08 | FICA MEDICARE | 15.24 | 605.65 |
| - GUARANTE | 24.000 | | 0.17 | 4.08 | FEDERAL TAX | 132.77 | 5,235.34 |
| - TOTAL HOURS WORKED | | | 42.36 | | ST TAX- PA | 32.27 | 1,282.31 |
| - CURRENT TOTALS | | | | 1,051.08 | SUT EMPL DEDCT | 0.63 | 25.04 |
| - Y-T-D TOTALS | | | 1,730.26 | 41,768.94 | MILLCREEK | 1.00 | 43.00 |
| - | | | | | MILLCREEK | 10.51 | 417.68 |
| - | | | | | TOTALS | 257.58 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 2 | 105.11 | 1,567.03 |
| - | | | | | TOTALS | 105.11 | |
| - VAC  0.00  H  OPD 12.00  H | | | | OTH 24.00  H | | | |

Employee Address
1470 PICIDILLI HILL RD
CORRY, PA, 16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address,direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732251587 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 11/05/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 10/24/2021 | 10/30/2021 | 1,346.52 | 357.39 | 149.90 | 839.23 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| - CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 39.77 | 954.48 | FICA | 83.49 | 2,673.16 |
| - OVERTIME | 36.000 | | 10.39 | 374.04 | FICA MEDICARE | 19.52 | 625.17 |
| - GUARANTE | 36.000 | | 0.50 | 18.00 | FEDERAL TAX | 197.76 | 5,433.10 |
| - TOTAL HOURS WORKED | | | 50.16 | | ST TAX- PA | 41.34 | 1,323.65 |
| - CURRENT TOTALS | | | | 1,346.52 | SUT EMPL DEDCT | 0.81 | 25.85 |
| - Y-T-D TOTALS | | 1,780.92 | | 43,115.46 | MILLCREEK | 1.00 | 44.00 |
| - | | | | | MILLCREEK | 13.47 | 431.15 |
| - | | | | | TOTALS | 357.39 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 2 | 134.65 | 1,701.68 |
| - | | | | | UNIONDUE | 15.25 | 434.25 |
| - | | | | | TOTALS | 149.90 | |
| - VAC 0.00 H OPD 12.00 H | | | | | OTH 24.00 H | | |

Employee Address
1470 PICIDILLI HILL RD
CORRY ,PA ,16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

**Return to Paycheck List**

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732269590 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 11/12/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 10/31/2021 | 11/06/2021 | 1,024.80 | 248.70 | 117.73 | 658.37 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

- CURRENT PAY RATE    15.33                    TAXES
- REGULAR    24.000            39.00    936.00    FICA            63.54    2,736.70
- OVERTIME   36.000             1.80     64.80    FICA MEDICARE   14.86      640.03
- GUARANTE   24.000             1.00     24.00    FEDERAL TAX    126.98    5,560.08
- TOTAL HOURS WORKED            40.80             ST TAX- PA      31.46    1,355.11
- CURRENT TOTALS                       1,024.80   SUT EMPL DEDCT   0.61       26.46
- Y-T-D TOTALS              1,822.72  44,140.26   MILLCREEK        1.00       45.00
-                                                 MILLCREEK       10.25      441.40
-                                                   TOTALS       248.70
-                                                           DEDUCTIONS
-                                                 WAGE ATT 2     102.48    1,804.16
-                                                 UNIONDUE        15.25      449.50
-                                                   TOTALS       117.73
- VAC  0.00  H  OPD 12.00  H          OTH 24.00  H

| Employee Address | 1470 PICIDILLI HILL RD<br>CORRY, PA, 16407 |

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732288325 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 11/19/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 11/07/2021 | 11/13/2021 | 1,371.84 | 365.94 | 152.43 | 853.47 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 38.75 | 930.00 | FICA | 85.05 | 2,821.75 |
| - OVERTIME | 36.000 | | 10.76 | 387.36 | FICA MEDICARE | 19.90 | 659.93 |
| - GUARANTE | 24.000 | | 1.25 | 30.00 | FEDERAL TAX | 203.33 | 5,763.41 |
| - GUARANTE | 36.000 | | 0.68 | 24.48 | ST TAX- PA | 42.12 | 1,397.23 |
| - TOTAL HOURS WORKED | | | 49.51 | | SUT EMPL DEDCT | 0.82 | 27.28 |
| - CURRENT TOTALS | | | | 1,371.84 | MILLCREEK | 1.00 | 46.00 |
| - Y-T-D TOTALS | | | 1,874.16 | 45,512.10 | MILLCREEK | 13.72 | 455.12 |
| - | | | | | TOTALS | 365.94 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 2 | 137.18 | 1,941.34 |
| - | | | | | UNIONDUE | 15.25 | 464.75 |
| - | | | | | TOTALS | 152.43 | |

- VAC  0.00  H    OPD 12.00  H         OTH 24.00  H

Employee Address
1470 PICIDILLI HILL RD
CORRY, PA, 16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | | | Work Location | | | Advice No. | |
|---|---|---|---|---|---|---|---|
| - TODD M PHILLIPS | | | 0732 PAERI PKG 1650 2 0 | | | 0732309035 | |
| Employee ID | | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date | |
| - 5710622 | | XXX-XX-7899 | S | S 00 | | 11/26/2021 | |
| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount | |
| - | 11/14/2021 | 11/20/2021 | 1,317.48 | 347.56 | 147.00 | 822.92 | |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - | CURRENT PAY RATE | 15.33 | | | TAXES | | |
| - REGULAR | 24.000 | | 39.90 | 957.60 | FICA | 81.68 | 2,903.43 |
| - OVERTIME | 36.000 | | 9.68 | 348.48 | FICA MEDICARE | 19.10 | 679.03 |
| - GUARANTE | 24.000 | | 0.10 | 2.40 | FEDERAL TAX | 191.37 | 5,954.78 |
| - GUARANTE | 36.000 | | 0.25 | 9.00 | ST TAX- PA | 40.45 | 1,437.68 |
| - TOTAL HOURS WORKED | | | 49.58 | | SUT EMPL DEDCT | 0.79 | 28.07 |
| - CURRENT TOTALS | | | | 1,317.48 | MILLCREEK | 1.00 | 47.00 |
| - Y-T-D TOTALS | | 1,924.09 | | 46,829.58 | MILLCREEK | 13.17 | 468.29 |
| - | | | | | TOTALS | 347.56 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 2 | 69.30 | 2,010.64 |
| - | | | | | WAGE ATT 3 | 62.45 | 62.45 |
| - | | | | | UNIONDUE | 15.25 | 480.00 |
| - | | | | | TOTALS | 147.00 | |

- VAC  0.00  H  OPD 12.00  H          OTH 24.00  H

Employee Address
1470 PICIDILLI HILL RD
CORRY ,PA ,16407

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732330097 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 12/03/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 11/21/2021 | 11/27/2021 | 1,491.00 | 406.19 | 164.35 | 920.46 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 31.05 | 745.20 | FICA | 92.45 | 2,995.88 |
| - OVERTIME | 36.000 | | 10.05 | 361.80 | FICA MEDICARE | 21.62 | 700.65 |
| - HOLIDAY | 24.000 | | 16.00 | 384.00 | FEDERAL TAX | 229.55 | 6,184.33 |
| - TOTAL HOURS WORKED | | | 41.10 | | ST TAX- PA | 45.77 | 1,483.45 |
| - CURRENT TOTALS | | | | 1,491.00 | SUT EMPL DEDCT | 0.89 | 28.96 |
| - Y-T-D TOTALS | | 1,981.19 | | 48,320.58 | MILLCREEK | 1.00 | 48.00 |
| - | | | | | MILLCREEK | 14.91 | 483.20 |
| - | | | | | TOTALS | 406.19 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 3 | 149.10 | 211.55 |
| - | | | | | UNIONDUE | 15.25 | 495.25 |
| - | | | | | TOTALS | 164.35 | |

- VAC  0.00  H  OPD 12.00  H          OTH 24.00  H

| Employee Address | 1470 PICIDILLI HILL RD<br>CORRY ,PA ,16407 |
|---|---|

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732352277 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 12/10/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 11/28/2021 | 12/04/2021 | 1,459.32 | 395.48 | 161.18 | 902.66 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 40.00 | 960.00 | FICA | 90.47 | 3,086.35 |
| - OVERTIME | 36.000 | | 13.87 | 499.32 | FICA MEDICARE | 21.16 | 721.81 |
| - TOTAL HOURS WORKED | | | 53.87 | | FEDERAL TAX | 222.58 | 6,406.91 |
| - CURRENT TOTALS | | | | 1,459.32 | ST TAX- PA | 44.80 | 1,528.25 |
| - Y-T-D TOTALS | | | 2,035.06 | 49,779.90 | SUT EMPL DEDCT | 0.88 | 29.84 |
| - | | | | | MILLCREEK | 1.00 | 49.00 |
| - | | | | | MILLCREEK | 14.59 | 497.79 |
| - | | | | | TOTALS | 395.48 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 3 | 145.93 | 357.48 |
| - | | | | | UNIONDUE | 15.25 | 510.50 |
| - | | | | | TOTALS | 161.18 | |

- VAC  0.00  H  OPD 12.00  H         OTH 24.00  H

Employee Address
1470 PICIDILLI HILL RD
CORRY ,PA ,16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732375604 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5710622 | XXX-XX-7899 | S | S 00 | | 12/17/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 12/05/2021 | 12/11/2021 | 574.56 | 124.69 | 72.71 | 377.16 |

| Earnings ||||| Taxes - Deductions - Misc |||
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| REGULAR | 24.000 | | 22.14 | 531.36 | FICA | 35.63 | 3,157.69 |
| OVERTIME | 36.000 | | 1.20 | 43.20 | FICA MEDICARE | 8.33 | 738.49 |
| TOTAL HOURS WORKED | | | 23.34 | | FEDERAL TAX | 56.00 | 6,589.63 |
| CURRENT TOTALS | | | | 574.56 | ST TAX- PA | 17.64 | 1,563.57 |
| Y-T-D TOTALS | | | 2,058.40 | 50,930.46 | SUT EMPL DEDCT | 0.34 | 30.53 |
| | | | | | MILLCREEK | 1.00 | 50.00 |
| | | | | | MILLCREEK | 5.75 | 509.30 |
| | | | | | TOTALS | 124.69 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 3 | 57.46 | 472.54 |
| | | | | | UNIONDUE | 15.25 | 525.75 |
| | | | | | TOTALS | 72.71 | |

VAC  0.00  H  OPD 24.00  H          OTH 24.00  H

| Employee Address | 1470 PICIDILLI HILL RD<br>CORRY, PA, 16407 |
|---|---|

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732375605 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 12/17/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 12/05/2021 | 12/11/2021 | 576.00 | 194.57 | 57.60 | 323.83 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | | | N/A | | TAXES | | |
| - OPT PAYO 24.000 | | | 24.00 | 576.00 | FICA | 35.71 | 3,157.69 |
| - TOTAL HOURS WORKED | | | 0.00 | | FICA MEDICARE | 8.35 | 738.49 |
| - CURRENT TOTALS | | | | 576.00 | FEDERAL TAX | 126.72 | 6,589.63 |
| - Y-T-D TOTALS | | | 2,082.40 | 50,930.46 | ST TAX- PA | 17.68 | 1,563.57 |
| - | | | | | SUT EMPL DEDCT | 0.35 | 30.53 |
| - | | | | | MILLCREEK | 5.76 | 509.30 |
| - | | | | | TOTALS | 194.57 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 3 | 57.60 | 472.54 |
| - | | | | | TOTALS | 57.60 | |
| - VAC 0.00 H OPD 24.00 H | | | | | OTH 24.00 H | | |

Employee Address
1470 PICIDILLI HILL RD
CORRY, PA, 16407

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address,direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732404432 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - S710622 | XXX-XX-7899 | S | S 00 | | 12/24/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 12/12/2021 | 12/18/2021 | 691.20 | 152.41 | 84.37 | 454.42 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| - CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 24.00 | 576.00 | FICA | 42.85 | 3,200.54 |
| - OVERTIME | 36.000 | | 3.20 | 115.20 | FICA MEDICARE | 10.02 | 748.51 |
| - TOTAL HOURS WORKED | | | 27.20 | | FEDERAL TAX | 70.00 | 6,659.63 |
| - CURRENT TOTALS | | | | 691.20 | ST TAX- PA | 21.22 | 1,584.79 |
| - Y-T-D TOTALS | | | 2,109.60 | 51,621.66 | SUT EMPL DEDCT | 0.41 | 30.94 |
| - | | | | | MILLCREEK | 1.00 | 51.00 |
| - | | | | | MILLCREEK | 6.91 | 516.21 |
| - | | | | | TOTALS | 152.41 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 3 | 69.12 | 541.66 |
| - | | | | | UNIONDUE | 15.25 | 541.00 |
| - | | | | | TOTALS | 84.37 | |

- VAC  0.00  H  OPD  0.00  H        OTH 24.00  H

Employee Address
1470 PICIDILLI HILL RD
CORRY ,PA ,16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSers.com

| Employee Name | Work Location | Advice No. |
|---|---|---|
| TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732404432 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 5710622 | XXX-XX-7899 | S | S 00 | | 12/24/2021 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 12/12/2021 | 12/18/2021 | 691.20 | 152.41 | 84.37 | 454.42 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| REGULAR | 24.000 | | 24.00 | 576.00 | FICA | 42.85 | 3,200.54 |
| OVERTIME | 36.000 | | 3.20 | 115.20 | FICA MEDICARE | 10.02 | 748.51 |
| TOTAL HOURS WORKED | | | 27.20 | | FEDERAL TAX | 70.00 | 6,659.63 |
| CURRENT TOTALS | | | | 691.20 | ST TAX- PA | 21.22 | 1,584.79 |
| Y-T-D TOTALS | | | 2,109.60 | 51,621.66 | SUT EMPL DEDCT | 0.41 | 30.94 |
| | | | | | MILLCREEK | 1.00 | 51.00 |
| | | | | | MILLCREEK | 6.91 | 516.21 |
| | | | | | TOTALS | 152.41 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 3 | 69.12 | 541.66 |
| | | | | | UNIONDUE | 15.25 | 541.00 |
| | | | | | TOTALS | 84.37 | |
| VAC 0.00 H OPD 0.00 H | | | | | OTH 24.00 H | | |

Employee Address
1470 PICIDILLI HILL RD
CORRY, PA, 16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSe.rs/hrfreeze

| Employee Name | | | | Work Location | | | Advice No. |
|---|---|---|---|---|---|---|---|
| - TODD M PHILLIPS | | | | 0732 PAERI PKG 1650 2 0 | | | 0732427737 |
| Employee ID | | Tax ID | | Fed Status | St Wrk | St Res Status | Advice Date |
| - 5710622 | | XXX-XX-7899 | | S | S 00 | | 12/31/2021 |
| Earnings Statement | Period Begin | | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
| - | 12/19/2021 | | 12/25/2021 | 1,318.44 | 347.91 | 131.84 | 838.69 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 38.04 | 912.96 | FICA | 81.75 | 3,282.29 |
| - OVERTIME | 36.000 | | 5.93 | 213.48 | FICA MEDICARE | 19.12 | 767.63 |
| - HOLIDAY | 24.000 | | 8.00 | 192.00 | FEDERAL TAX | 191.59 | 6,851.22 |
| - TOTAL HOURS WORKED | | | 43.97 | | ST TAX- PA | 40.48 | 1,625.27 |
| - CURRENT TOTALS | | | | 1,318.44 | SUT EMPL DEDCT | 0.79 | 31.73 |
| - Y-T-D TOTALS | | | 2,161.57 | 52,940.10 | MILLCREEK | 1.00 | 52.00 |
| | | | | | MILLCREEK | 13.18 | 529.39 |
| | | | | | TOTALS | 347.91 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 3 | 131.84 | 673.50 |
| | | | | | TOTALS | 131.84 | |
| - VAC 0.00 H OPD 0.00 H | | | | | OTH 24.00 H | | |

Employee Address
1470 PICIDILLI HILL RD
CORRY, PA, 16407

**UNITED PARCEL SERVICE, INC.**
**55 GLENLAKE PARKWAY NE**
**ATLANTA , GA 30328**

Return to Paycheck List

UPSers will be unable to make personal information updates (e.g. address, direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSe.rs/hrfreeze

| Employee Name | | | | Work Location | | | Advice No. |
|---|---|---|---|---|---|---|---|
| TODD M PHILLIPS | | | | 0732 PAERI PKG 1650 2 0 | | | 0732449391 |
| Employee ID | | Tax ID | Fed Status | St Wrk | St Res Status | | Advice Date |
| 5710622 | | XXX-XX-7899 | S | S 00 | | | 01/07/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 12/26/2021 | 01/01/2022 | 1,269.92 | 327.29 | 142.24 | 800.39 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| REGULAR | 17.000 | | 5.08 | 86.36 | FICA | 78.74 | 78.74 |
| REGULAR | 24.000 | | 30.84 | 740.16 | FICA MEDICARE | 18.41 | 18.41 |
| OVERTIME | 36.000 | | 1.65 | 59.40 | FEDERAL TAX | 176.69 | 176.69 |
| HOLIDAY | | | | 96.00 | ST TAX- PA | 38.99 | 38.99 |
| HOLIDAY | 24.000 | | 12.00 | 288.00 | SUT EMPL DEDCT | 0.76 | 0.76 |
| TOTAL HOURS WORKED | | | 37.57 | | MILLCREEK | 1.00 | 1.00 |
| CURRENT TOTALS | | | | 1,269.92 | MILLCREEK | 12.70 | 12.70 |
| Y-T-D TOTALS | | | 49.57 | 1,269.92 | TOTALS | 327.29 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 3 | 126.99 | 126.99 |
| | | | | | UNIONDUE | 15.25 | 15.25 |
| | | | | | TOTALS | 142.24 | |

VAC  0.00 H    OPD  0.00 H        OTH  24.00 H

Employee Address
1470 PICIDILLI HILL RD
CORRY, PA, 16407

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA, GA 30328

UPSers will be unable to make personal information updates (e.g. address,direct deposit, etc.) in Workday between Feb. 5 - 13. Recommend making updates now. For more information refer to UPSe.rs/hrfreeze

| Employee Name | Work Location | Advice No. |
|---|---|---|
| - TODD M PHILLIPS | 0732 PAERI PKG 1650 2 0 | 0732007773 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| - 5710622 | XXX-XX-7899 | S | S 00 | | 01/14/2022 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| - | 01/02/2022 | 01/08/2022 | 1,456.80 | 390.41 | 160.93 | 905.46 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| - CURRENT PAY RATE | 15.33 | | | | TAXES | | |
| - REGULAR | 24.000 | | 40.00 | 960.00 | FICA | 90.32 | 169.06 |
| - OVERTIME | 36.000 | | 13.80 | 496.80 | FICA MEDICARE | 21.13 | 39.54 |
| - TOTAL HOURS WORKED | | | 53.80 | | FEDERAL TAX | 217.80 | 394.49 |
| - CURRENT TOTALS | | | | 1,456.80 | ST TAX- PA | 44.72 | 83.71 |
| - Y-T-D TOTALS | | | 103.37 | 2,726.72 | SUT EMPL DEDCT | 0.87 | 1.63 |
| - | | | | | MILLCREEK | 1.00 | 2.00 |
| - | | | | | MILLCREEK | 14.57 | 27.27 |
| - | | | | | TOTALS | 390.41 | |
| - | | | | | DEDUCTIONS | | |
| - | | | | | WAGE ATT 3 | 145.68 | 272.67 |
| - | | | | | UNIONDUE | 15.25 | 30.50 |
| - | | | | | TOTALS | 160.93 | |

- VAC 40.00  H  OPD  0.00  H           OTH 24.00  H

| Employee Address | 1470 PICIDILLI HILL RD<br>CORRY ,PA ,16407 |
|---|---|

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA , GA 30328