**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

### Case No. <u>22−10023−TPA</u>

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
  Todd Phillips
  1470 Picidilli Hill Rd
  Corry, PA 16407

Social Security No.:
  xxx−xx−7899

Employer's Tax I.D. No.:


| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Sean Logue | Ronda J. Winnecour |
| Sean Logue & Assoc | Suite 3250, USX Tower |
| 27 West Main Street | 600 Grant Street |
| Carnegie, PA 15106 | Pittsburgh, PA 15219 |
| Telephone number:  412−389−0805 | Telephone number:  412−471−5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| May 17, 2022 | May 17, 2022 |
| 09:00 AM | 09:00 AM |
| remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com | remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: <u>3/30/22</u>

BY THE COURT

<u>Thomas P. Agresti</u>
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 22-10023-TPA

Todd Phillips                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                        User: auto                                  Page 1 of 2

Date Rcvd: Mar 30, 2022                     Form ID: rsc13                               Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Phillips, 1470 Picidilli Hill Rd, Corry, PA 16407-3524 |
| cr | + | Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 30 2022 23:36:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| 15464147 | + | Email/Text: g20956@att.com | Mar 30 2022 23:36:00 | AT&T Mobility II LLC, % AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 15453376 | | Email/PDF: bncnotices@becket-lee.com | Mar 30 2022 23:34:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15446442 | + | Email/PDF: bncnotices@becket-lee.com | Mar 30 2022 23:44:16 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15446443 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 23:33:52 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15448674 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 30 2022 23:33:52 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15448265 | | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15446445 | + | Email/Text: mrdiscen@discover.com | Mar 30 2022 23:35:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15446446 | | Email/Text: nwilliamson@foundationfinance.com | Mar 30 2022 23:36:00 | Foundation Finance Company, Attn: Bankruptcy, Po Box 437, Schofield, WI 54476 |
| 15465745 | + | Email/Text: bncmail@w-legal.com | Mar 30 2022 23:36:00 | FOUNDATION FINANCE COMPANY, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15446444 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 30 2022 23:33:52 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 15447790 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 23:36:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15446447 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 30 2022 23:36:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box |

District/off: 0315-1                          User: auto                          Page 2 of 2
Date Rcvd: Mar 30, 2022                   Form ID: rsc13                   Total Noticed: 20

|  |  |  | 939069, San Diego, CA 92193-9069 |
|---|---|---|---|
| 15446449 | + Email/Text: angela.abreu@northwest.com | Mar 30 2022 23:35:00 | Northwest Bank, Attn: Bankruptcy, Po Box 128, Warren, PA 16365-0128 |
| 15446450 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2022 23:36:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 15450377 | + Email/Text: bankruptcyteam@quickenloans.com | Mar 30 2022 23:36:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 15448787 | + Email/Text: enotifications@santanderconsumerusa.com | Mar 30 2022 23:36:00 | Santander Consumer USA, Inc d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 18

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| 15446448 | *+ | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2022                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sean Logue | on behalf of Debtor Todd Phillips pittbankruptcy@gmail.com  lesliebrown.paralegal@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5