IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/2/22 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 22-10023-TPA |
| | : | |
| Todd Phillips | : | Chapter: 13 |
| | : | |
| *Debtor(s).* | : | |
| | : | Date: 6/1/2022 |
| | : | Time: 10:00 |

**PROCEEDING MEMO**

**MATTER**   #10 Contested Plan dated 1/31/22
                     #19 Obj. by Santander Consumer USA Inc.

**APPEARANCES:**

Debtor:     Sean Logue
Trustee:    Ronda J. Winnecour
Santander: William Craig

**NOTES:**

Craig:            Plan did not provide for interest and crams down vehicle with no equity.

Logue:           Want lower interest rate. Value of vehicle $9,000 don't believe it is. Asking for time to work out issue and if not resolved will file an objection to claim. Need more time to work it out. I don't think it needs to be 100% distribution.

Winnecour:   Only issue may not be interest figure. $2,861 is needed due to 100% to unsecureds. Dispute re mortgage arrears.

**OUTCOME:**   Continued to Status Conference with Trustee on 6/7/22 at 1:30pm

jlm