IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| TODD PHILLIPS, ) | |
|     **Debtor** ) | |
| ) | Bankruptcy No. 22-10023-TPA |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL, ) | |
|     **Movant** ) | Chapter 13 |
| ) | |
|     v. ) | |
| ) | Related To Document No. 19 |
| TODD PHILLIPS, ) | |
|     **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
|     **Trustee** ) | |
| ) | |

**STIPULATION**

NOW COMES, Santander Consumer USA Inc. dba Chrysler Capital ("Chrysler Capital"), by and through its counsel, Morton & Craig LLC, and Todd Phillips ("Debtor") by and through his counsel Sean Logue, Esquire, and stipulate and agree as follows:

**RECITALS**

WHEREAS, the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code on January 17, 2022;

WHEREAS, the Debtor and Chrysler Capital are parties to a Motor Vehicle Installment Sales Contract dated April 30, 2013 (the "Contract") whereby the Debtor financed the purchase of a **2013 Dodge Ram 2500** bearing Vehicle identification number 3C6UR5FL5DG573703 (the "Vehicle");

WHEREAS, the Debtor filed a Chapter 13 Plan on January 31, 2022 in which the Debtor proposed to modify Chrysler Capital's lien and pay Chrysler Capital a total of $11,353.00 with interest at 0.0% for the Vehicle;

WHEREAS, Chrysler Capital filed a secured proof of claim on January 26, 2022 in the amount of $19,304.78 with contract interest accruing at an annual rate of 15.24%;

WHEREAS, the Debtor and Chrysler Capital have resolved the issues surrounding the Debtor's treatment of Chrysler Capital's secured claim in the Chapter 13 Plan and seek to enter into this Stipulation to resolve said issues.

NOW THEREFORE, the Debtor and Chrysler Capital hereby stipulate and agree as follows:

1. The Chapter 13 Plan dated January 31, 2022 shall incorporate the terms of this Stipulation as it relates to Chrysler Capital's secured claim or if the Debtor decides to file an amended Chapter 13 Plan, said amended Chapter 13 Plan shall incorporate the terms of this Stipulation as it relates to Chrysler Capital's secured claim.

2. That Chrysler Capital shall have a secured claim in the amount of $19,304.78 with annual interest to accrue at 6.25%, with any remainder of Chrysler Capital's claim to be treated as an unsecured claim.

3. That Chrysler Capital shall retain its lien on the Vehicle until the earlier of payment of the underlying debt under non-bankruptcy law or the Debtor receiving a discharge.  Upon payment in accordance with these terms and successful completion of the Chapter 13 Plan by the Debtor, and the Debtor receiving a discharge, Chrysler Capital shall release its lien on the Vehicle.

4. That this Stipulation shall become null and void, without further Order of Hearing, if the Debtor's underlying Chapter 13 Bankruptcy case is converted to a Chapter 7 case or if the underlying Chapter 13 Bankruptcy case is dismissed.

Consented To:

/s/ William E. Craig
William E. Craig, Esquire
PA ID# 92329
Morton & Craig LLC
110 Marter Ave. Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com
Attorney For Santander Consumer USA Inc.
dba Chrysler Capital


/s/ Sean Logue
Sean Logue, Esq.
Sean Logue & Associates
27 West Main Street
Carnegie, PA 15106
(412) 389-0805
pittbankruptcy@gmail.com
Attorney for Debtor


/s/ Katherine M. DeSimone
Katherine M. DeSimone
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(412) 471-5566
kdesimone@chapter13trusteewdpa.com
Chapter 13 Trustee


      AND NOW, this _____ day of _____, 2022, upon consideration of the Stipulation entered into by counsel for Santander Consumer USA Inc. dba Chrysler Capital and with the Debtor, it is hereby ORDERED, ADJUDGED and DECREED that the terms of the foregoing Stipulation are hereby approved in their entirety.


                BY THE COURT:

                _____

                The Honorable Thomas P. Agresti