FILED
7/25/22 7:59 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

TODD PHILLIPS
    *Debtor*

RONDA J. WINNECOUR, ESQ.
CHAPTER 13 TRUSTEE
    *Movant*

v.

NO RESPONDENT

Case No. 22-10023-TPA
Chapter 13

Related to Document No. 29

## ORDER

On June 7, 2022, a conciliation conference was held on the ***Chapter 13 Plan dated January 31, 2022*** filed by the Debtor at Doc. No. 10. Pursuant to the conciliation conference, the Trustee required that an Amended Chapter 13 Plan be filed by July 1, 2022 per the Trustee entry at Doc. No. 29. Counsel for the Debtor has failed to comply with the Trustee's request and file an Amended Chapter 13 Plan.

***AND NOW***, this ***25th*** day of ***July, 2022***, it is hereby ***ORDERED, ADJUDGED and DECREED*** that an Amended Chapter 13 Plan is to be filed ***IMMEDIATELY*** or the case will be dismissed without further notice or hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

jlm

Case Administrator to serve:
    Debtor
    Sean Logue, Esq.
    Ronda J. Winnecour, Esq.

1

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10023-TPA |
| Todd Phillips | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 25, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Todd Phillips, 1470 Picidilli Hill Rd, Corry, PA 16407-3524 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 27, 2022           Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sean Logue | on behalf of Debtor Todd Phillips pittbankruptcy@gmail.com lesliebrown.paralegal@gmail.com |
| William E. Craig | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 5