IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE Todd Phillips

Case No. 22-10023 TPA

Debtor(s)

Chapter 13

Todd Phillips

Movant(s),
- vs. -

Ronda J. Winnecour, Trustee,
Respondents.

## NOTICE OF PROPOSED MODIFICATION TO PLAN DATED [ 1/31/2022 ]

1. Pursuant to 11 U.S.C. § 1329, the Debtor(s) has filed an Amended Chapter 13 Plan dated 8/3/2022, which is annexed hereto at Exhibit "A" (the "Amended Chapter 13 Plan"). A summary of the modification is set forth below in paragraphs 4 through 6 of this Notice.

2. All Objections to the Amended Chapter 13 Plan must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s), Chapter 13 Trustee and any creditor whose claim allowance or treatment is the subject of the Objection. Untimely Objections will not be considered. Any creditor who files a timely Objection to the Amended Chapter 13 Plan must appear at the scheduled Initial Confirmation Hearing on the Amended Chapter 13 Plan.

3. A virtual (via Zoom) Initial Confirmation Hearing on the Amended Chapter 13 Plan will be held on September 13, 20 22, at 9:30 a.m., before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

4. Pursuant to the Amended Chapter 13 Plan, the Debtor(s) seeks to modify the Plan in the following particulars:    Debtors plan has been Amended to pay the vehicle creditors per the stipulation filed and to increase the percentage of debt payment to unsecured creditors.

-1-

     5. The proposed modification to the Plan will impact the treatment of the claims of the following creditors, and in the following particulars: Northwest is being paid per the stipulation filed with the court.

     6.     Debtor(s) submits that the reason(s) for the modification is (are) as follows:
Debtors plan has been Amended to pay the vehicle creditors per the stipulation filed and to increase the percentage of debt payments to unsecured creditors.

     7.     The Debtor(s) submits that the requested modification is being proposed in good faith, and not for any means prohibited by applicable law. The Debtor(s) further submits that the proposed modification complies with 11 U.S.C. §§ 1322(a), 1322(b), 1325(a) and 1329 and, except as set forth above, there are no other modifications sought by way of the Amended Chapter 13 Plan.

WHEREFORE, the Debtor(s) respectfully requests that the Court enter an Order confirming the Amended Chapter 13 Plan, and for such other relief the Court deems equitable and just.

RESPECTFULLY SUBMITTED, this  3   day of  August , 20 22 .

     /s/ Sean Logue
Sean Logue
PA ID#208221
27 West Main Street
Carnegie, PA 15106
412-389-0805
Fax:304-949-8815
Email:pittbankruptcy@gmail.com