**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| TODD PHILLIPS | Case No.:22-10023 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/17/2022 and confirmed on 09/19/2022. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 31,577.00 |
| Less Refunds to Debtor | 1,701.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 29,876.00 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,435.00 | |
| Trustee Fee | 1,271.59 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,706.59 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 0.00 | 16,994.88 | 0.00 | 16,994.88 |
| Acct: 9421 | | | | |
| ROCKET MORTGAGE LLC FKA QUICKEN I | 37,585.40 | 472.25 | 0.00 | 472.25 |
| Acct: 9421 | | | | |
| SANTANDER CONSUMER USA D/B/A CHR | 19,304.78 | 5,974.30 | 1,987.65 | 7,961.95 |
| Acct: 5649 | | | | |
| US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7392 | | | | |
| | | | | 25,429.08 |
| Priority | | | | |
| SEAN LOGUE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TODD PHILLIPS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TODD PHILLIPS | 1,134.00 | 1,134.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TODD PHILLIPS | 567.00 | 567.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 22-10023 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| LOGUE LAW GROUP  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SEAN LOGUE ESQ  Acct: | 2,435.00 | 2,435.00 | 0.00 | 0.00 |
| RONDA J WINNECOUR TRUSTEE/CLERK  Acct: XXXXXXXXXXXXXXX LLC | 740.33 | 740.33 | 0.00 | 740.33 |
| | | | | 740.33 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| AMERICAN EXPRESS NATIONAL BANK  Acct: 2009 | 12,545.31 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 6701 | 1,809.49 | 0.00 | 0.00 | 0.00 |
| CHASE CARD SERVICES**  Acct: 3743 | 0.00 | 0.00 | 0.00 | 0.00 |
| DISCOVER BANK(*)  Acct: 7872 | 2,678.19 | 0.00 | 0.00 | 0.00 |
| FOUNDATION FINANCE CO  Acct: 2388 | 6,343.02 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 0102 | 2,365.52 | 0.00 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT INC  Acct: 5352 | 480.52 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK FKA NORTHWEST SA  Acct: 7822 | 12,594.24 | 0.00 | 0.00 | 0.00 |
| AT & T MOBILITY II LLC  Acct: 1421 | 266.90 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WILLIAM E CRAIG ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***N O N E ***

| | |
|---|---|
| TOTAL PAID TO CREDITORS | 26,169.41 |

TOTAL CLAIMED
PRIORITY              740.33
SECURED            56,890.18
UNSECURED          39.083.19

Date: 02/02/2024

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com